UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

NEW CINGULAR WIRELESS PCS, LLC, ) No. 3:12-cv-06057-BHS
        Plaintiff, ) ORDER GRANTING STIPULATED
   vs. ) MOTION TO MODIFY DECEMBER 13, 2012 MINUTE ORDER
CITY OF EDGEWOOD, WASHINGTON, )
        Defendant. )

THIS MATTER has come on regularly before the Court on the Stipulated Motion and Memorandum of Authorities to Modify December 13, 2012 Minute Order, plaintiff appearing by and through its attorneys, Judith A. Endejan and Graham & Dunn PC; and defendant City of Edgewood appearing by and through its attorneys, J. Zachary Lell and Ogden, Murphy, Wallace, P.L.L.C.

The Court having been fully advised on the premises, ORDERS that the Stipulated Motion to Modify is GRANTED as follows:

    Deadline for FRCP 26(f) Conference:    May 22, 2013

    Initial Disclosures Pursuant to FRCP 26(a)(1)    June 5, 2013

    Combined Joint Status Report and Discovery Plan as Required by FRCP 26(f) and Local Rule CR 16    June 12, 2013

ENTERED this 11th day of March, 2013

_____
BENJAMIN H. SETTLE
United States District Judge

ORDER GRANTING STIPULATED MOTION TO MODIFY MINUTE ORDER -- 1
No. 3:12-cv-06057-BHS
m45641-1928687.doc

**GRAHAM & DUNN** PC
Pier 70, 2801 Alaskan Way ~ Suite 300
Seattle, Washington 98121-1128
(206) 624-8300/Fax: (206) 340-9599

1
2
3  Presented by:
4  GRAHAM & DUNN PC                           MAYER BROWN LLP
5
6  _____        _____
   Judith A. Endejan, WSBA# 11016             Kyle J. Steinmetz
7  Email:  jendejan@grahamdunn.com            Hans J. Germann
   Attorneys for Plaintiff                    John E. Muench
8
9
10 Approved as to Form,
   Notice of Presentation Waived
11
12 OGDEN MURPHY WALLACE, P.L.L.C.
13
14 _____
   J. Zachary Lell, WSBA #28744
   Email:  zlell@omwlaw.com
15 Attorneys for Defendant City of Edgewood
16
17
18
19
20
21
22
23
24
25
26

ORDER GRANTING STIPULATED                     **GRAHAM & DUNN** PC
MOTION TO MODIFY MINUTE ORDER                 Pier 70, 2801 Alaskan Way ~ Suite 300
-- 2                                          Seattle, Washington  98121-1128
                                              (206) 624-8300/Fax: (206) 340-9599
No. 3:12-cv-06057-BHS
m45641-1928687.doc