UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| NEW CINGULAR WIRELESS PCS, LLC, | No. 3:12-cv-06057-BHS |
| Plaintiff, | ORDER GRANTING STIPULATED MOTION TO MODIFY DECEMBER 13, 2012 MINUTE ORDER |
| vs. | |
| CITY OF EDGEWOOD, WASHINGTON, | |
| Defendant. | |

THIS MATTER has come on regularly before the Court on the Stipulated Motion and Memorandum of Authorities to Modify December 13, 2012 Minute Order, plaintiff appearing by and through its attorneys, Judith A. Endejan and Graham & Dunn PC; and defendant City of Edgewood appearing by and through its attorneys, J. Zachary Lell and Ogden, Murphy, Wallace, P.L.L.C.

The Court having been fully advised on the premises, ORDERS that the Stipulated Motion to Modify is GRANTED as follows:

| | |
|---|---|
| Deadline for FRCP 26(f) Conference: | May 22, 2013 |
| Initial Disclosures Pursuant to FRCP 26(a)(1) | June 5, 2013 |
| Combined Joint Status Report and Discovery Plan as Required by FRCP 26(f) and Local Rule CR 16 | June 12, 2013 |

ENTERED this 11th day of March, 2013

_____
BENJAMIN H. SETTLE
United States District Judge

ORDER GRANTING STIPULATED
MOTION TO MODIFY MINUTE ORDER
-- 1

No. 3:12-cv-06057-BHS

m45641-1928687.doc

**GRAHAM & DUNN** PC
Pier 70, 2801 Alaskan Way ~ Suite 300
Seattle, Washington  98121-1128
(206) 624-8300/Fax: (206) 340-9599

Presented by:

GRAHAM & DUNN PC                          MAYER BROWN LLP

_____           _____
Judith A. Endejan, WSBA# 11016            Kyle J. Steinmetz
Email: jendejan@grahamdunn.com            Hans J. Germann
Attorneys for Plaintiff                   John E. Muench


Approved as to Form,
Notice of Presentation Waived


OGDEN MURPHY WALLACE, P.L.L.C.


_____
J. Zachary Lell, WSBA #28744
Email: zlell@omwlaw.com
Attorneys for Defendant City of Edgewood

ORDER GRANTING STIPULATED
MOTION TO MODIFY MINUTE ORDER
-- 2

No. 3:12-cv-06057-BHS

m45641-1928687.doc

**GRAHAM & DUNN** PC
Pier 70, 2801 Alaskan Way ~ Suite 300
Seattle, Washington  98121-1128
(206) 624-8300/Fax: (206) 340-9599